# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TROY LEEDBERG,

Appellant,

v.

LILY AUSTIN,

Appellee

No. 2D23-980

———————————————

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Wendy J. DePaul, Judge.

Troy Leedberg, pro se.

Lily Austin, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.